IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ADAM MASKELL                                                                                                   PLAINTIFF

v.                                          Case No. 4:23-cv-00568-KGB

FRANK SPAIN                                                                                     DEFENDANT

## **JUDGMENT**

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Adam Maskell's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so adjudged this 11th day of March, 2024.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge